**Opinion issued July 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00915-CV

———————————

**RONALD DARNELL CEPHUS JUNIOR, Appellant**

**V.**

**KELLI DIANE JOHNSON, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-36879**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.